IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02840-PAB-CBS

JULIA COPELAND COOPER, an individual United States citizen,

    Plaintiff,

v.

NCS PEARSON, INC., a Minnesota corporation,

    Defendant.

---

## MINUTE ORDER

---

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Motion to Stay Ruling on Summary Judgment Until Completion of Depositions of Disorbio and Bruns [Docket No. 18], which is actually a motion for extension of time to respond to defendant's motion for summary judgment [Docket No. 17]. In her motion, plaintiff requested until May 16, 2011 to file her response. Defendant did not object to an extension up to and including April 29, 2011. *See* Docket No. 20 at 2. Plaintiff now "anticipates being able to respond by April 29, 2011." Docket No. 21 at 1. Therefore, it is

    **ORDERED** that plaintiff's motion for extension of time [Docket No. 18] is GRANTED in part. Plaintiff's response to defendant's motion for summary judgment must be filed on or before April 29, 2011.

    DATED April 19, 2011.