IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 10-cv-02840-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: September 13, 2011 | Courtroom Deputy: Laura Galera |

| | |
|---|---|
| JULIA COPELAND COOPER, | Harold R. Bruno, III |
| | Kerry LeMonte |
| Plaintiff, | |
| v. | |
| NCS PEARSON, INC., | Gregory Tamkin |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:     1:31 p.m.**
Court calls case. Appearances of counsel.

Court heard argument from counsel for Defendant NCS Pearson's regarding Defendant's Motion for a Protective Order Doc.# [53]. While the court acknowledged the cases cited in Defendant's motion, the court found those cases were not on point or relevant to the Rule 26(c) standard. The court also noted that Defendant had not provided a declaration or affidavit that established the undue burden or expense required for relief under Rule 26(c).

For the reasons as stated on the record, it is:

**ORDERED:**  Defendant NCS Pearson's Motion for a Protective Order Doc.# [53] is DENIED. Consistent with Rule 26(c)(3), the court awarded Plaintiff fees and costs incurred in responding to Defendant NCS Pearson's Motion for a Protective Order Doc.# [53].

Defendant NCS Pearson was advised that the time period for filing an objection would run from today's ruling on the bench.

HEARING CONCLUDED.

**Court in recess**:     **2:14 p.m.**
Total time in court:    00:43

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.